John J. Wood, Appellant, v. James Fish, Respondent.— Order affirmed on argument, with ten dollars costs and disbursements. Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ., concurred.

Vincenzo Dimeo, as Administrator, etc., of Giovanni Paparone, Deceased, Appellant, v. The Staten Island Railway Company, Respondent.— Motion granted, without costs. Present — Woodward, Jenks, Burr, Thomas and Carr, JJ. Settle order before Mr. Justice Carr.

Harvey Murdock, Respondent, v. Thomas L. Leeming and Brooklyn Trust Company, as Executors, etc., of Leonard J. Busby, Deceased, and Others, Appellants.— Motion for stay granted, without costs. Present — Woodward, Jenks, Burr, Thomas and Carr, JJ.

Mathias Berens, Respondent, v. Gaspero Braccini, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Burr, Rich and Carr, JJ., concurred.

Burr Manufacturing and Supply Company, Appellant, v. Lizzie M. Quick, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Burr, Thomas and Carr, JJ., concurred.

The Commissioner of Public Charities of the City of New York on Complaint of Mary McMullen, Respondent, v. Timothy Hartigan, Appellant.— Order of the Court of Special Sessions affirmed, with costs. No opinion. Woodward, Jenks, Burr, Thomas and Carr, JJ., concurred.

Margaret A. Cowley, Respondent, v. Remy Fabien, Doing Business as R. Fabien & Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Jenks and Rich, JJ., concurred; Burr and Carr, JJ., dissented.

Herman Delventhal, Respondent, v. Thaddeus N. Elliott and Maria Elliott, Appellants.— Interlocutory judgment reversed, with costs, upon the ground that the first cause of action does not state delivery and non-payment, the third cause of action does not state delivery, nor does the entire complaint, and the second cause of action does not properly allege title in plaintiff. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Morris Fells, Respondent, v. Herman C. Myers, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Gardiner's Bay Company, Appellant, v. Atlantic Fertilizer and Oil Company, Respondent.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Thomas, Rich and Carr, JJ., concurred.

William M. Greve, Respondent, v. The City of New York, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Burr, Thomas and Carr, JJ.

Hegeman Hardware Company, Respondent, v. George S. De Hierapolis and Another, Appellants.— Judgment of the Municipal Court affirmed, with costs No opinion. Hirschberg, P. J., Thomas, Rich and Carr, JJ., concurred; Burr, J., dissented.